IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Keesha

Printed: 10/29/08

Case Number: 05 B 32696
Judge: Hollis, Pamela S
Filed: 8/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 23, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,776.00 |  |
| Secured: |  | 3,174.99 |
| Unsecured: |  | 2,384.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 416.86 |
| Other Funds: |  | 0.00 |
| Totals: | 7,776.00 | 7,776.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,800.00 | 1,800.00 |
| 2. | Credit Acceptance Corp | Secured | 430.49 | 2,964.16 |
| 3. | Great American Finance Company | Secured | 210.83 | 210.83 |
| 4. | Portfolio Recovery Associates | Unsecured | 535.56 | 1,247.94 |
| 5. | Jefferson Capital | Unsecured | 83.51 | 194.61 |
| 6. | Peoples Energy Corp | Unsecured | 63.02 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 260.37 | 606.74 |
| 8. | Great American Finance Company | Unsecured | 10.06 | 23.43 |
| 9. | Cingular Wireless | Unsecured | 133.65 | 311.43 |
| 10. | Credit Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 11. | Citizens Bank | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
| 14. | Division Dental | Unsecured |  | No Claim Filed |
| 15. | FNB Of Marin | Unsecured |  | No Claim Filed |
| 16. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
| 18. | Van Buren Park Apartment L | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,527.49 | $ 7,359.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Keesha

Printed: 10/29/08

Case Number:  05 B 32696
Judge:  Hollis, Pamela S
Filed:  8/18/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 136.50 |
| 5% | 43.27 |
| 4.8% | 78.22 |
| 5.4% | 113.39 |
| 6.5% | 45.48 |
|  | $ 416.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

